UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KAREN RENEE SALAZAR**, | Case No. 3:15-CV-01294-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security**, | |
| Defendant. | |

Karen Renee Salazar
13325 SE Lee Ave.
Milwaukie, OR 97267-1139

    *Pro se* Plaintiff

Billy J. Williams
United States Attorney
District of Oregon
Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Page 1 - JUDGMENT

Jordan D. Goddard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this ___17th___ day of October, 2016.

                                                /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge